IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HAROLD FORD | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| MICHAEL WENEROWICZ, ET AL. | : | NO. 09-3537 |

**O R D E R**

AND NOW, this 7th day of July, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1) and the revised Petition (Docket No. 5), and after review of United States Magistrate Judge Elizabeth T. Hey's Report and Recommendation (Docket No. 19), and consideration of Petitioner's Objections and Supplemental Objections thereto (Docket Nos. 20, 21), **IT IS HEREBY ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation of Judge Hey is **APPROVED** and **ADOPTED** as set forth in our Memorandum of this date.

3. The Petition for a Writ of Habeas Corpus is **DENIED** and the revised Petition is **DISMISSED** as untimely filed.

4. Because the Petitioner has failed to make a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability under 28 U.S.C. § 2253(c)(2).

5. The Clerk shall **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.