IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD FORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL WENEROWICZ, ET AL. | : | NO. 09-3537 |

**O R D E R**

AND NOW, this 30th day of August, 2010, upon consideration of Petitioner's "Request for Reconsideration of July 7, 2010 Memorandum" (Docket No. 24), **IT IS HEREBY ORDERED** that the Request is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.