IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD FORD | : | CIVIL ACTION |
| v. | : | |
| MICHAEL WENEROWICZ, ET AL. | : | NO. 09-3537 |

## ORDER

**AND NOW**, this 6th day of February, 2013, upon consideration of Petitioner's "Motion to Re-Open Previous Habeas Corpus Pursuant to Federal Rule of Civil Procedure 60(b)(6)" (Docket No. 38), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.